# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Metodio Cruz Gallegos, Sr.

**DEFENDANTS**
Starr Oilfield Services, LLC; and
Jeffrey Emmett Sistrunk

**(b)** County of Residence of First Listed Plaintiff: **Cameron County, Texas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Tulsa County, Oklahoma**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Frank W. Robertson; Michael Gomez; Philip K Broderick
Jim S. Adler & Associates; 12605 East Freeway, Suite 400; Houston, Texas 77015; 713-335-1021

Attorneys *(If Known)*
Darrell L. Barger; Stephanie J. Roark; Victoria L. Ryon
Hartline Barger, LLP; 8750 N. Central Expy, Suite 1600
Dallas, Texas 75231; 214-369-2100

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- [x] 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 1,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: May 3, 2021
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

THIS FORM MUST BE ATTACHED TO THE CIVIL COVER SHEET AT THE TIME THE CASE IS FILED IN THE UNITED STATES DISTRICT CLERK'S OFFICE.  ADDITIONAL SHEETS MAY BE USED AS NECESSARY.

1. **STATE COURT INFORMATION:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court:

   | Court | Case Number |
   |---|---|
   | 224th Judicial District Court of Bexar County, Texas | 2020CI22471 |

2. **STYLE OF THE CASE:**

   Please include all Plaintiffs, Defendants, Intervenors, Counterclaims, Crossclaims, and Third Party Claims still remaining in the case and indicate their party type.  Also please list the attorney(s) of record for each party named, and include the attorney's bar number, firm name, correct mailing address, and phone number including the area code.

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff Metodio Cruz Gallegos, Sr. | Frank W. Robertson<br>Texas State Bar No.: 24033129<br>froberton@jimadler.com<br>Michael Gomez<br>Texas State Bar No.: 24029578<br>mgomez@jimadler.com<br>Philip K. Broderick<br>Texas State Bar No.: 24094561<br>pbroderick@jimadler.com<br>Jim S. Adler & Associates<br>12605 East Freeway, Suite 400<br>Houston, Texas 77015<br>713-335-1021<br>713-335-1018 (fax) |

| | |
|---|---|
| Defendant Starr Oilfield Services, LLC | Stephanie J. Roark<br>State Bar No. 24070498<br>sroark@hartlinebarger.com<br>Victoria L. Ryan<br>State Bar No. 24068600<br>vryon@hartlinebarger.com<br>Hartline Barger LLP<br>8750 N. Central Expressway, Suite 1600<br>Dallas, TX 75231<br>(214) 369-2100<br>(214) 369-2118 facsimile<br><br>and<br><br>Darrell L. Barger<br>State Bar No. 01733800<br>dbarger@hartlinebarger.com<br>Hartline Barger Llp<br>800 North Shoreline Blvd.<br>Suite 2000 – North Tower<br>Corpus Christi, Texas 78401<br>(361) 866-8000<br>(361) 866-8039 facsimile |
| Defendant Jeffrey Emmett Sistrunk | Stephanie J. Roark<br>State Bar No. 24070498<br>sroark@hartlinebarger.com<br>Victoria L. Ryan<br>State Bar No. 24068600<br>vryon@hartlinebarger.com<br>Hartline Barger LLP<br>8750 N. Central Expressway, Suite 1600<br>Dallas, TX 75231<br>(214) 369-2100<br>(214) 369-2118 facsimile<br><br>and<br><br>Darrell L. Barger<br>State Bar No. 01733800<br>dbarger@hartlinebarger.com<br>Hartline Barger Llp<br>800 North Shoreline Blvd.<br>Suite 2000 – North Tower<br>Corpus Christi, Texas 78401<br>(361) 866-8000<br>(361) 866-8039 facsimile |

3.  **JURY DEMAND:**

    Was Jury Demand made in State Court? __X__ Yes _____ No

    *If "Yes," by which party and on what date?*

    > Plaintiffs made a Jury Demand in their Original Petition filed with the 224th District Court of Bexar County, Texas on November 18, 2020.

4.  **ANSWER:**

    Was an Answer made in State Court? __X__ Yes _____ No

    *If "Yes," by which party and on what date?*

    > Defendant Starr Oilfield Services, LLC filed their Original Answer with the 224th District Court of Bexar County, Texas on February 24, 2021.

    > Defendant Jeffrey Emmett Sistrunk filed his Original Answer with the 224th District Court of Bexar County, Texas on _____.

5.  **UNSERVED PARTIES:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason(s) for No Service |
    |---|---|
    | None | n/a |

6.  **NONSUITED, DISMISSED, OR TERMINATED PARTIES:**

    Please indicate any changes from the style on the state court papers and the reason for that change:

    | Party | Reason |
    |---|---|
    | None | n/a |

7.  **CLAIMS OF THE PARTIES:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff Metodio Cruz Gallegos, Sr. | Generally, Plaintiff alleges negligence against Defendant Jeffrey Emmett Sistrunk for failing to yield to the right of way at a stop sign and failing to pay attention to the roadway around him, causing him to sustain injury. Plaintiff further alleges Defendant Starr Oilfield Services, LLC is vicariously liable for Defendant Sistrunk's negligence and under the theory of respondeat superior. |
| Defendant Starr Oilfield Services, LLC | Defendant denies Plaintiff's claims and also asserts that appropriate affirmative defenses bar the claims. |
| Defendant Jeffrey Emmett Sistrunk | Defendant denies Plaintiff's claims and also asserts that appropriate affirmative defenses bar the claims. |