IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| METODIO CRUZ GALLEGOS, SR, | § § § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 5:21-CV-439 |
| | § § | |
| STARR OILFIELD SERVICES, LLC and JEFFREY EMMETT SISTRUNK | § § § | |
| | § | |
| *Defendants.* | § | |

## INDEX ACCOMPANYING DEFENDANTS JEFFREY EMMETT SISTRUNK AND STARR OILFIELD SERVICES, LLC'S NOTICE OF REMOVAL

\* \* \* \* \* \* \* \* \* \*

DOCUMENTS FILED IN

\* \* \* \* \* \* \* \* \* \*

CAUSE NO. 2020CI22471

| | | |
|---|---|---|
| METODIO CRUZ GALLEGOS, SR. | § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| v. | § § | BEXAR COUNTY, TEXAS |
| | § | |
| STARR OILFIELD SERVICES, LLC and JEFFREY EMMETT SISTRUNK | § § § | |
| *Defendants.* | § | 224th JUDICIAL DISTRICT |

1. Docket Sheet in the State Court Action

2. 11/18/2020   PLAINTIFF'S ORIGINAL PETITION

3. 01/05/2021   JURY FEE PAID

4. 01/05/2021   REQUEST FOR SERVICE AND PROCESS

5. 01/26/2021   CITATION – STARR OILFIELD SERVICES LLC

| | | |
|---|---|---|
| 6. | 01/26/2021 | CITATION – JEFFREY EMMETT SISTRUNK |
| 7. | 02/03/2021 | ATTORNEY UNAVAILABILITY NOTICE FILED FOR FRANK W. ROBERTSON |
| 8. | 02/24/2021 | STARR OILFIELD SERVICES ORIGINAL ANSWER |
| 9. | 03/15/2021 | PLAINTIFF'S FIRST AMENDED PETITION |
| 10. | 03/15/2021 | REQUEST FOR SERVICE AND PROCESS |
| 11. | 03/17/2021 | CITATION JEFFREY EMMETT SISTRUNK |
| 12. | 04/06/2021 | NOTICE OF SERVING AFFIDAVITS |
| 13. | 04/29/2021 | SPECIAL EXCEPTIONS TO STARR OILFIELD SERVICES, LLC'S ORIGINAL ANSWER |

Respectfully submitted,

*/s/ Stephanie Roark*
**STEPHANIE J. ROARK**
State Bar No. 24070498
sroark@hartlinebarger.com
**VICTORIA L. RYON**
State Bar No. 24068600
vryon@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 N. Central Expressway, Suite 1600
Dallas, TX 75231
(214) 369-2100
(214) 369-2118 – Fax

AND

**DARRELL L. BARGER**
State Bar No. 01733800
dbarger@hartlinebarger.com
**HARTLINE BARGER LLP**
800 North Shoreline Blvd.
Suite 2000 – North Tower
Corpus Christi, Texas 78401
(361) 866-8000
(361) 866-8039 – Fax

                                           **ATTORNEYS FOR DEFENDANTS**
                                           **JEFFREY EMMETT SISTRUNK AND STARR**
                                           **OILFIELD SERVICE'S LLC**